NELSON BODETTE, Appellant, *v.* THE FOSTER-ARMSTRONG COMPANY, Respondent.

*Bodette* v. *Foster-Armstrong Co.*, 160 App. Div. 915, affirmed.
(Argued December 9, 1915; decided January 4, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 8, 1914, affirming a judgment in favor of defendant entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant, his employer. The defendant was a manufacturer of pianos, and the plaintiff was employed in one of its factories as a piano stringer, his work being to fasten the wires on the instrument. While in the performance of his work he was struck in the eye by a flying wire causing the injuries complained of.

*William F. Lynn* for appellant.

*Frederick T. Pierson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, SEABURY and POUND, JJ.